DANIEL R. MCNUTT (SBN 7815)
MATTHEW C. WOLF (SBN 10801)
CARBAJAL & MCNUTT, LLP
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@cmlawnv.com
mcw@cmlawnv.com

Attorney for Defendants *Ethan Hoopes, Corporation
of the President of The Church of Jesus
Christ of Latter-day Saints, and
Corporation of the Presiding Bishop of
The Church of Jesus Christ
of Latter-day Saints*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICOLAS SCOTT, an individual, | Case No. _____ |
| Plaintiff, | **PETITION FOR REMOVAL** |
| vs. | *Diversity Jurisdiction* |
| CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation; CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation; ETHAN HOOPES, an individual; DOES I through XV; ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Defendants Ethan Hoopes, Corporation of the President of The Church of Jesus Christ of Latter-day Saints ("COP"), and Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints ("CPB") (collectively, "The Church Defendants") hereby remove to the United States District Court for the District of Nevada the Nevada state court action entitled *Nicolas Scott v. Ethan Hoopes, et al.*, which was filed in the Eighth Judicial District Court as case A-16-745222-C.

This removal is based upon the existence of complete diversity and the amount in controversy and is made pursuant to 28 USC 1441, 28 USC 1446, and 28 USC 1332.

## I.   PLEADINGS.

1.   This is a personal injury action arising from an automobile accident in Clark County, Nevada. A true and correct copy of the complaint from the state court action is attached as Exhibit A.

2.   No defendant has answered or otherwise responded to the complaint. To date, no defendant has been served with the complaint.

## II.   SERVICE OF PROCESS / TIMELINESS OF REMOVAL / JOINDER IN OR CONSENT TO REMOVAL.

3.   Removal is timely under 28 U.S.C. 1446(b). The notice of removal may be filed within thirty days after receipt, by service or otherwise, by a defendant of a copy of a complaint. 28 U.S.C. 1446(b). The Church Defendants obtained a copy of the complaint on October 19, 2016. This is the first date by which a defendant received a copy of the complaint by service or otherwise.

4.   Written notice of the filing of this Notice of Removal will be served and a copy will be filed with the Clerk of the Eighth Judicial District Court of Clark County, Nevada, promptly after this Notice of Removal is filed, as required by 28 U.S.C. §1446(d).

5.   "In a case involving multiple defendants, '[a]ll defendants must join in a removal petition.'" *Proctor v. Vishay Intertechnology Inc.*, 584 F.3d 1208, 1224 (9th Cir. 2009) (quoting *Hewitt v. City of Stanton*, 798 F.2d 1230, 1232 (9th Cir.1986)). This requirement is met if at least one attorney of record signs the notice and certifies the remaining defendants consent to removal. *Proctor*, 584 F.3d at 1224. All three of The Church Defendants have consented to and join in this removal.

## III.   PARTIES AND CITIZENSHIP.

6.   ***Natural Persons as Parties*** - A natural person is considered a citizen of the state where the person is domiciled - that is, where the person resides with the intent to remain. *Lew v. Moss*, 797 F.2d 747, 749-50 (9th Cir. 1986).

a.   The Complaint alleges Mr. Scott is a resident of Clark County, Nevada. (Compl. ¶ 1.)

b.      The Complaint errantly alleges Defendant Ethan Hoopes is a resident of Clark County, Nevada.  That allegation is fraudulent, for as noted on the third page of the police report attached hereto as Exhibit B, Mr. Hoopes is, in fact, a resident of Wyoming.

7.      ***Corporations as Parties*** - A corporation is considered to be a citizen of (1) every U.S. state and foreign state where it is incorporated and (2) the U.S. state or foreign state where it has its principal place of business. 28 U.S.C. § 1332(c)(1). A corporation's principal place of business is its nerve center, meaning the place where high-level officers direct, control, and coordinate the corporation's activities. *Hertz Corp. v. Friend*, 559 U.S. 777 92-93 (2010).  Defendants COP and CPB are incorporated in Utah and have their principal places of business in Salt Lake City, Utah.

## IV.    BASIS FOR REMOVAL.

1.      Venue is proper under 28 U.S.C. §§ 1441(a) and 1446(a) because this district and division embrace the place in which the removed action has been pending.

2.      The diversity of citizenship requirements of 28 USC 1332(a) are satisfied.

3.      The amount in controversy, exclusive of interest and costs, exceeds $75,000, as required by 28 USC 1332(a):

a.      The Complaint does not request a specific amount of damages.  It says in the amount in controversy exceeds $50,000.00. (Compl., pg. 1.) "Where the complaint does not demand a dollar amount, the removing defendant bears the burden of proving by a preponderance of evidence that the amount in controversy exceeds" the jurisdictional threshold. *Singer v. State Farm Mut. Auto. Ins. Co.*, 116 F.3d 373, 376 (9th Cir. 1997).  "The district court may consider whether it is 'facially apparent' from the complaint that the jurisdictional amount is in controversy. If not, the court may consider facts in the removal petition, and may 'require parties to submit summary-judgment-type evidence relevant to the amount in controversy at the time of removal.'" *Singer*, 116 F.3d at 377 (quoting *Allen v. R & H Oil & Gas Co.*, 63 F.3d 1326, 1335-36 (5th Cir.1995)).

b.      "A settlement letter is relevant to determining the amount in controversy if it 'appears to reflect a reasonable estimate of the plaintiff's claim.'" *Krajca v. Southland Corp.*, 206 F. Supp. 2d 1079, 1081 (D. Nev. 2002) (quoting *Cohn v. Petsmart, Inc.*, 281 F.3d 837, 840 (9th Cir.

2002)); *see also Babasa v. LensCrafters, Inc.*, 498 F.3d 972, 975 (9th Cir. 2007). On December 18, 2015, Mr. Scott sent The Church Defendants a settlement letter. A true and correct copy is attached hereto as Exhibit C. The letter claimed Mr. Scott's medical bills totaled $200,221.26 and his future lost wages exceed $500,000.00. (*Id.* at pg. 6.) Based upon these assertions in Mr. Scott's letter, is facially apparent the value of his claims exceeds $75,000.00.

DATED November 17, 2016.

CARBAJAL & MCNUTT, LLP


*/s/ Dan McNutt*
DANIEL R. MCNUTT (SBN 7815)
MATTHEW C. WOLF (SBN 10801)
CARBAJAL & MCNUTT, LLP
625 South Eighth Street
Las Vegas, Nevada 89101
Attorneys for The Church Defendants

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that pursuant to N.R.C.P. 5(b) on November 17, 2016, I caused service of the foregoing **PETITION FOR REMOVAL** by mailing a copy by United States Postal Service, postage prepaid and/or via electronic mail through the Court's electronic service system to the following at their last known address and e-mail:

Jared R. Richards
Adam C. Anderson
Clear Counsel Law Group
50 S. Stephanie St., Suite 101
Henderson, NV 89012
jared@clearcounsel.com
adam@clearcounsel.com
Attorneys for Plaintiff

/s/ Lisa A. Heller
An Employee of Carbajal & McNutt LLP

JS 44   (Rev. 11/15)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Nicolas Scott

## DEFENDANTS

Corporation of the Presiding Bishop of The Church of Latter-day Saints, et al.

**(b)** County of Residence of First Listed Plaintiff    Clark
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Salt Lake County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Jared Richards, Clear Counsel Law Group, 50 S. Stephanie Street, Suite 101, Henderson, NV 89012

Attorneys *(If Known)*

Dan McNutt, Carbajal & McNutt, LLP, 625 S. 8th Street, Las Vegas, NV

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❐ 1   U.S. Government
         Plaintiff

❐ 3   Federal Question
         *(U.S. Government Not a Party)*

❐ 2   U.S. Government
         Defendant

☒ 4   Diversity
         *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                     *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ❐ 1 | Incorporated *or* Principal Place of Business In This State | ❐ 4 | ❐ 4 |
| Citizen of Another State | ❐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ❐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ❐ 3 | ❐ 3 | Foreign Nation | ❐ 6 | ❐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❐ 625 Drug Related Seizure of Property 21 USC 881 | ❐ 422 Appeal 28 USC 158 | ❐ 375 False Claims Act |
| ❐ 120 Marine | ❐ 310 Airplane | ❐ 365 Personal Injury - | ❐ 690 Other | ❐ 423 Withdrawal 28 USC 157 | ❐ 376 Qui Tam (31 USC 3729(a)) |
| ❐ 130 Miller Act | ❐ 315 Airplane Product Liability | Product Liability | | | ❐ 400 State Reapportionment |
| ❐ 140 Negotiable Instrument | ❐ 320 Assault, Libel & Slander | ❐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ❐ 410 Antitrust |
| ❐ 150 Recovery of Overpayment & Enforcement of Judgment | | | | ❐ 820 Copyrights | ❐ 430 Banks and Banking |
| ❐ 151 Medicare Act | ❐ 330 Federal Employers' Liability | | | ❐ 830 Patent | ❐ 450 Commerce |
| ❐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❐ 340 Marine | ❐ 368 Asbestos Personal Injury Product Liability | | ❐ 840 Trademark | ❐ 460 Deportation |
| | ❐ 345 Marine Product Liability | | | | ❐ 470 Racketeer Influenced and Corrupt Organizations |
| ❐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ❐ 480 Consumer Credit |
| | | ❐ 370 Other Fraud | ❐ 710 Fair Labor Standards Act | ❐ 861 HIA (1395ff) | |
| ❐ 160 Stockholders' Suits | ❐ 355 Motor Vehicle Product Liability | ❐ 371 Truth in Lending | ❐ 720 Labor/Management Relations | ❐ 862 Black Lung (923) | ❐ 490 Cable/Sat TV |
| ❐ 190 Other Contract | ❐ 360 Other Personal Injury | ❐ 380 Other Personal Property Damage | ❐ 740 Railway Labor Act | ❐ 863 DIWC/DIWW (405(g)) | ❐ 850 Securities/Commodities/ Exchange |
| ❐ 195 Contract Product Liability | | | | ❐ 864 SSID Title XVI | ❐ 890 Other Statutory Actions |
| ❐ 196 Franchise | ❐ 362 Personal Injury - Medical Malpractice | ❐ 385 Property Damage Product Liability | ❐ 751 Family and Medical Leave Act | ❐ 865 RSI (405(g)) | ❐ 891 Agricultural Acts |
| | | | ❐ 790 Other Labor Litigation | | ❐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ❐ 895 Freedom of Information Act |
| ❐ 210 Land Condemnation | ❐ 440 Other Civil Rights | **Habeas Corpus:** | | ❐ 870 Taxes (U.S. Plaintiff or Defendant) | ❐ 896 Arbitration |
| ❐ 220 Foreclosure | ❐ 441 Voting | ❐ 463 Alien Detainee | | | ❐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❐ 230 Rent Lease & Ejectment | ❐ 442 Employment | ❐ 510 Motions to Vacate Sentence | | ❐ 871 IRS—Third Party 26 USC 7609 | |
| ❐ 240 Torts to Land | ❐ 443 Housing/ Accommodations | ❐ 530 General | | | ❐ 950 Constitutionality of State Statutes |
| ❐ 245 Tort Product Liability | ❐ 445 Amer. w/Disabilities - Employment | ❐ 535 Death Penalty | **IMMIGRATION** | | |
| ❐ 290 All Other Real Property | ❐ 446 Amer. w/Disabilities - Other | **Other:** | ❐ 462 Naturalization Application | | |
| | ❐ 448 Education | ❐ 540 Mandamus & Other | ❐ 465 Other Immigration Actions | | |
| | | ❐ 550 Civil Rights | | | |
| | | ❐ 555 Prison Condition | | | |
| | | ❐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

❐ 1   Original Proceeding

☒ 2   Removed from State Court

❐ 3   Remanded from Appellate Court

❐ 4   Reinstated or Reopened

❐ 5   Transferred from Another District *(specify)*

❐ 6   Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1332

Brief description of cause:
Personal Injury

## VII. REQUESTED IN COMPLAINT:

❐   CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**    ❐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE
11/17/2016

SIGNATURE OF ATTORNEY OF RECORD
/s/ Dan McNutt

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

# Exhibit A

# DISTRICT COURT CIVIL COVER SHEET A- 1 6 - 7 4 5 2 2 2 - C

................................................County, Nevada

Case No. ........................................................    I
*(Assigned by Clerk's Office)*

## I. Party Information *(provide both home and mailing addresses if different)*

| Plaintiff(s) (name/address/phone): | Defendant(s) (name/address/phone): |
|---|---|
| Nicolas Scott | Corporation of the Presiding Bishop of the Church of |
| | Jesus Christ of Latter-Day Saints, et al. |
| | |
| | |
| Attorney (name/address/phone): | Attorney (name/address/phone): |
| Jared R. Richards, Esq./Adam C. Anderson, Esq. | |
| Clear Counsel Law Group | |
| 50 S. Stephanie Street, Suite 101, Henderson, NV 89012 | |
| (702) 476-5900 | |

## II. Nature of Controversy *(please select the one most applicable filing type below)*

### Civil Case Filing Types

| Real Property | | Torts | |
|---|---|---|---|
| **Landlord/Tenant** | **Negligence** | **Other Torts** | |
| ☐ Unlawful Detainer | ☑ Auto | ☐ Product Liability | |
| ☐ Other Landlord/Tenant | ☐ Premises Liability | ☐ Intentional Misconduct | |
| **Title to Property** | ☐ Other Negligence | ☐ Employment Tort | |
| ☐ Judicial Foreclosure | **Malpractice** | ☐ Insurance Tort | |
| ☐ Other Title to Property | ☐ Medical/Dental | ☐ Other Tort | |
| **Other Real Property** | ☐ Legal | | |
| ☐ Condemnation/Eminent Domain | ☐ Accounting | | |
| ☐ Other Real Property | ☐ Other Malpractice | | |

| Probate | Construction Defect & Contract | Judicial Review/Appeal |
|---|---|---|
| **Probate** *(select case type and estate value)* | **Construction Defect** | **Judicial Review** |
| ☐ Summary Administration | ☐ Chapter 40 | ☐ Foreclosure Mediation Case |
| ☐ General Administration | ☐ Other Construction Defect | ☐ Petition to Seal Records |
| ☐ Special Administration | **Contract Case** | ☐ Mental Competency |
| ☐ Set Aside | ☐ Uniform Commercial Code | **Nevada State Agency Appeal** |
| ☐ Trust/Conservatorship | ☐ Building and Construction | ☐ Department of Motor Vehicle |
| ☐ Other Probate | ☐ Insurance Carrier | ☐ Worker's Compensation |
| **Estate Value** | ☐ Commercial Instrument | ☐ Other Nevada State Agency |
| ☐ Over $200,000 | ☐ Collection of Accounts | **Appeal Other** |
| ☐ Between $100,000 and $200,000 | ☐ Employment Contract | ☐ Appeal from Lower Court |
| ☐ Under $100,000 or Unknown | ☐ Other Contract | ☐ Other Judicial Review/Appeal |
| ☐ Under $2,500 | | |

| Civil Writ | | Other Civil Filing | |
|---|---|---|---|
| **Civil Writ** | | **Other Civil Filing** | |
| ☐ Writ of Habeas Corpus | ☐ Writ of Prohibition | ☐ Compromise of Minor's Claim | |
| ☐ Writ of Mandamus | ☐ Other Civil Writ | ☐ Foreign Judgment | |
| ☐ Writ of Quo Warrant | | ☐ Other Civil Matters | |

*Business Court filings should be filed using the Business Court civil coversheet.*

## October 12, 2016
Date

Signature of initiating party or representative

*See other side for family-related case filings.*

Nevada AOC - Research Statistics Unit
Pursuant to NRS 3.275

Form PA 201
Rev 3.1

Electronically Filed
10/18/2016 08:41:33 AM

*[signature]*

**CLERK OF THE COURT**

**COM**
Jared R. Richards, Esq.
Nevada Bar No. 11254
Adam C. Anderson, Esq.
Nevada Bar No. 13062
CLEAR COUNSEL LAW GROUP
50 S. Stephanie St., Suite 101
Henderson, Nevada 89012
(702) 476-5900
(702) 508-9393, facsimile
jared@clearcounsel.com
adam@clearcounsel.com
Attorneys for Plaintiff Nicolas Scott

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| NICOLAS SCOTT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation; CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation; ETHAN HOOPES, an individual; DOES I through XV; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. A-16-745222-C<br><br>DEPT. NO.    I<br><br>**COMPLAINT**<br><br>**EXEMPT FROM ARBITRATION**<br><br>**[Amount in Controversy Exceeds $50,000]** |

Plaintiff NICOLAS SCOTT, through his attorneys, Clear Counsel Law Group, alleges and complains against Defendants CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, ETHAN HOOPES, DOES I through XV, inclusive, and ROE CORPORATIONS I through X, inclusive, jointly and severally, as follows:

### THE PARTIES

1.    At all times relevant hereto, Plaintiff NICOLAS SCOTT ("Scott") was a resident of Clark County, State of Nevada.

2.    Upon information and belief, at all times relevant hereto, Defendant CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS is and was a foreign non-profit corporation authorized to do business in Clark County, State of Nevada.

3.    Upon information and belief, at all times relevant hereto, Defendant CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS is and was a foreign non-profit corporation authorized to do business in Clark County, State of Nevada.

4.    For the purposes of this Complaint, Defendant CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS and Defendant CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS shall be referred to collectively as the "Defendant Church."

5.    Upon information and belief, at all times relevant hereto, Defendant ETHAN HOOPES ("Defendant Hoopes") was a resident of Clark County, State of Nevada.

6.    Upon information and belief, Defendant Hoopes was, at all times relevant to this action, an employee, servant, and/or agent of Defendant Church, who was acting in the course and scope of said employment, service, and agency.

7.    The true names or capacities, whether individual, corporate, association or otherwise, of Defendants DOES I through XV, and ROE CORPORATIONS I through X, are unknown to Scott, who therefore sues said Defendants by such fictitious names. Scott is informed and believes and therefore alleges that each of the Defendants, DOES I through XV, and ROE CORPORATIONS I through X are responsible in some manner for the events and happenings referred to and caused damages proximately to Scott as herein alleged, and that Scott will ask leave of this Court to amend his Complaint, to insert the true names and capacities of DOES I through XV, and ROE CORPORATIONS I through X, when the same have been ascertained and to join such Defendants in this action.

8.    Scott is informed and believes that DOE individuals, I through V, are agents, employees and/or assigns of Defendants designated as ROE CORPORATIONS I through X, who by their

CLEAR COUNSEL LAW GROUP
50 S. STEPHANIE ST., STE 101
HENDERSON, NEVADA 89012
(702) 476-5900

- 2 -

CLEAR COUNSEL LAW GROUP
50 S. STEPHANIE ST., STE 101
HENDERSON, NEVADA 89012
(702) 476-5900

action or omission caused or contributed to the Crash which resulted Scott's injuries. Scott is informed and believes that DOE individuals, VI through X, are owners, operators, lessors, lessees, or individuals otherwise within possession and control of the vehicle herein alleged, who maintain the vehicle herein alleged, who by their actions or omission caused or contributed to the Crash which resulted Scott's injuries. Scott is informed and believes that DOE individuals, XI through XV, are individuals otherwise interacting with, designing, approving, repairing, constructing, creating, altering, supervising, or maintaining the vehicle related hereto, who by their actions or omission caused or contributed to the Crash which resulted in Scott's injuries.

9. Scott is informed and believes that ROE CORPORATIONS I through V are owners, lessors, lessees, users, and/or maintainers of the vehicle herein alleged, and/or are in some manner responsible for the actions and omissions of their employees, agents, assigns, lessees and/or predecessors or successors in interest related hereto. Scott is informed and believes that ROE CORPORATIONS VI through X are insurers of Scott and/or Defendants and/or parties herein alleged and provided insurance to include, but not limited to, errors and omissions coverage, umbrella coverage, corporate liability coverage, general liability coverage, and/or other for Scott and/or Defendants and/or any party hereto of DOE or ROE.

10. Scott is informed and believes that at all relevant times each of the Defendants - including DOES I through XV and ROE CORPORATIONS I through X, inclusive - were the agent, servant, representative, partner or employee of each of the Defendants, and, in doing the things alleged in this Complaint, was acting within the course and scope of their authority as such agents, servants, representatives, partners, or employees of each of the Defendants.

## JURISDICTION AND VENUE

11.    This Court possesses subject matter jurisdiction over this matter because Clark County, Nevada is the judicial district that a substantial part of the events or omissions giving rise to the claims set forth herein occurred.

12.    Venue is proper in this district because the Crash that is the subject matter of this lawsuit occurred in Clark County, Nevada.

/ / /

- 3 -

## GENERAL ALLEGATIONS

### THE CRASH

13.     On or about January 10, 2015, Scott was driving his 2013 Harley Davidson Motorcycle (the "Harley Davidson"), Nevada License Plate Number 213166, eastbound on Desert Inn Road.

14.     At the same time, Defendant Hoopes, an agent of Defendant Church, was permissively driving Defendant Church's vehicle, a 2012 Chevrolet Malibu LS, Nevada License Plate Number 665YBE (the "Malibu"), eastbound on Desert Inn Road in the parallel right lane slightly in front of Scott.

15.     Defendant Hoopes failed to maintain a proper lookout and made an illegal U-turn in front of Scott and caused the Malibu to collide and crash into the Harley Davidson driven by Scott (the "Crash").

16.     Upon information and belief, Defendant Hoopes knew or should have known that his failing to maintain a proper lookout and making an illegal U-turn would cause the Crash, and carelessly disregarded said risk.

17.     Upon information and belief, Defendant Church had advance knowledge that Defendant Hoopes was unfit for the purposes of the agency and nevertheless authorized Defendant Hoopes to act as the agent of Defendant Church with a conscious disregard of the rights or safety of others.

18.     Upon information and belief, Defendant Church expressly authorized or ratified the acts of Defendant Hoopes as set forth by this Complaint.

19.     As a result of Defendant Church's failure to exercise reasonable care, Defendant Hoopes caused the Crash.

20.     As a result of the Crash, Scott suffered personal injuries, which have caused Scott severe pain and suffering and permanent injuries, as well as property damage to his Harley Davidson.

/ / /

- 4 -

21.    As a result of said injuries, Scott received reasonable and necessary medical treatment and engaged the services of physicians to care for and treat said injuries.

22.    Scott has been required to retain the services of Clear Counsel Law Group to prosecute this action and are entitled to reasonable attorney fees and costs.

23.    Scott has suffered damages in an amount in excess of $10,000.00.

## FIRST CAUSE OF ACTION
### (Negligence against All Defendants)

24.    Scott realleges and incorporates by reference herein all prior paragraphs.

25.    Defendants owed Scott a duty to exercise due care when driving on a public roadway.

26.    Defendants' actions, as described herein, were a breach of Defendants' duty to use due care when driving on a public roadway.

27.    As a direct and proximate result of Defendants' negligence, carelessness, recklessness, maliciousness, wanton and willfulness, Scott suffered severe and serious personal injuries to his body.

28.    As a direct and proximate result of Defendants' negligence, carelessness, recklessness, maliciousness, wanton and willfulness, Scott required medical care to treat the injuries he sustained in the Crash, in an amount in excess of $10,000.00.

29.    Since the Crash, Scott experienced pain and suffering, in an amount in excess of $10,000.00.

30.    Scott has been required to retain the services of Clear Counsel Law Group to prosecute this action and are entitled to reasonable attorney fees and costs.

## SECOND CAUSE OF ACTION
### (Negligence Per Se against All Defendants)

31.    Scott realleges and incorporates by reference herein all prior paragraphs.

32.    Defendants owed Scott a duty to exercise due care when driving on a public roadway.

CLEAR COUNSEL LAW GROUP
50 S. STEPHANIE ST., STE 101
HENDERSON, NEVADA 89012
(702) 476-5900

CLEAR COUNSEL LAW GROUP
50 S. STEPHANIE ST., STE 101
HENDERSON, NEVADA 89012
(702) 476-5900

33. Defendants' actions, as described herein, were a breach of Defendants' duty to use due care when driving on a public roadway.

34. Nevada Revised Statutes and Municipal Codes have been enacted by the State of Nevada to protect the general public while on Nevada's public roadways.

35. Defendants' actions, as described herein, were in violation of said Nevada Revised Statutes and Municipal Codes.

36. Scott was a member of the class(es) said Nevada Revised Statutes and Municipal Codes were intended to protect.

37. As a direct a proximate result of Defendants' negligence, carelessness, recklessness, maliciousness, wanton and willfulness, Scott suffered severe and serious personal injuries to his body.

38. As a direct a proximate result of Defendants' negligence, carelessness, recklessness, maliciousness, wanton and willfulness, Scott required medical care to treat the injuries he sustained in the Crash, in an amount in excess of $10,000.00.

39. Since the Crash, Scott experienced pain and suffering, in an amount in excess of $10,000.00.

40. Scott has been required to retain the services of Clear Counsel Law Group to prosecute this action and are entitled to reasonable attorney fees and costs.

### THIRD CAUSE OF ACTION
**(Negligence Entrustment against Defendant Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-Day Saints and Defendant Corporation of the President of the Church of Jesus Christ of Latter-Day Saints)**

41. Scott realleges and incorporates by reference herein all prior paragraphs.

42. Defendant Church was the owner or had custody and control of the Malibu.

43. Defendant Church did entrust the Malibu to the control of Defendant Hoopes.

44. Defendant Hoopes was incompetent, inexperienced, negligent, or reckless in the operation of the Malibu.

/ / /

- 6 -

CLEAR COUNSEL LAW GROUP
50 S. STEPHANIE ST., STE 101
HENDERSON, NEVADA 89012
(702) 476-5900

45. Defendant Church actually knew or, by the exercise of reasonable care, should have known that Defendant Hoopes was incompetent, inexperienced, negligent, or reckless in the operation of motor vehicles.

46. As a direct a proximate result of Defendants' negligence, carelessness, recklessness, maliciousness, wanton and willfulness, Scott suffered severe and serious personal injuries to his body.

47. As a direct a proximate result of Defendants' negligence, carelessness, recklessness, maliciousness, wanton and willfulness, Scott required medical care to treat the injuries he sustained in the Crash, in an amount in excess of $10,000.00.

48. Since the Crash, Scott experienced pain and suffering, in an amount in excess of $10,000.00.

49. Scott has been required to retain the services of Clear Counsel Law Group to prosecute this action and are entitled to reasonable attorney fees and costs.

## FOURTH CAUSE OF ACTION
**(Respondeat Superior/Vicarious Liability against Defendant Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-Day Saints and Defendant Corporation of the President of the Church of Jesus Christ of Latter-Day Saints)**

50. Scott realleges and incorporates by reference herein all prior paragraphs.

51. Defendant Church was and still is, to the extent known, the employer of Defendant Hoopes.

52. All negligent actions alleged against Defendant Hoopes were performed within the scope of his employment and obligations as an employee and/or agent of Defendant Church.

53. The pursuant to the doctrine of respondeat superior, Defendant Church is vicariously liable to Scott for any and all damages directly and proximately caused by it employee's or agent's negligent and intentional conduct, including Defendant Hoopes.

54. As a direct a proximate result of Defendants' negligence, carelessness, recklessness, maliciousness, wanton and willfulness, Scott suffered severe and serious personal injuries to his body.

- 7 -

55.    As a direct a proximate result of Defendants' negligence, carelessness, recklessness, maliciousness, wanton and willfulness, Scott required medical care to treat the injuries he sustained in the Crash, in an amount in excess of $10,000.00.

56.    Since the Crash, Scott experienced pain and suffering, in an amount in excess of $10,000.00.

57.    Scott has been required to retain the services of Clear Counsel Law Group to prosecute this action and are entitled to reasonable attorney fees and costs.

## FIFTH CAUSE OF ACTION
**(Negligent Hiring, Training, and Supervision against Defendant Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-Day Saints and Defendant Corporation of the President of the Church of Jesus Christ of Latter-Day Saints)**

58.    Scott realleges and incorporates by reference herein all prior paragraphs.

59.    Defendants, and each of them, had a duty to exercise due care when driving on a public roadway.

60.    Defendant Church hired and trained its employees and gave them complete control and authority to operate its motor-vehicles on Nevada's public roadways.

61.    Defendant Church had a duty to properly select, hire, train, retain, and supervise its employees and/or agents, and a further duty to ensure that said employees and/or agents were exercising due care when driving on a public roadway.

62.    Defendant Church breached said duties when it failed to properly select, hire, train, retrain, and supervise Defendant Hoopes.

63.    As a direct a proximate result of Defendants' negligence, carelessness, recklessness, maliciousness, wanton and willfulness, Scott suffered severe and serious personal injuries to his body.

64.    As a direct a proximate result of Defendants' negligence, carelessness, recklessness, maliciousness, wanton and willfulness, Scott required medical care to treat the injuries he sustained in the Crash, in an amount in excess of $10,000.00.

///

- 8 -

CLEAR COUNSEL LAW GROUP
50 S. STEPHANIE ST., STE 101
HENDERSON, NEVADA 89012
(702) 476-5900

65. Since the Crash, Scott experienced pain and suffering, in an amount in excess of $10,000.00.

66. Scott has been required to retain the services of Clear Counsel Law Group to prosecute this action and are entitled to reasonable attorney's fees and costs.

## SIXTH CAUSE OF ACTION
**(Equitable Indemnity against Defendant Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-Day Saints and Defendant Corporation of the President of the Church of Jesus Christ of Latter-Day Saints)**

67. Scott realleges and incorporates by reference herein all prior paragraphs.

68. Without admitting fault, in the event Scott is held liable to any third-party for the actions described herein, Scott is entitled to be indemnified by all other persons, parties, and/or organizations who are, in whole or in part, responsible for said alleged damages.

69. Scott has been required to retain the services of Clear Counsel Law Group to prosecute this action and are entitled to reasonable attorney fees and costs.

## SEVENTH CAUSE OF ACTION
**(Contribution against Defendant Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-Day Saints and Defendant Corporation of the President of the Church of Jesus Christ of Latter-Day Saints)**

70. Scott realleges and incorporates by reference herein all prior paragraphs.

71. Without admitting fault, in the event Scott is held liable to any third-party for the actions described herein, Scott is entitled to equitable contribution from Defendant Church herein as the cause of the Crash.

72. Scott has been required to retain the services of Clear Counsel Law Group to prosecute this action and are entitled to reasonable attorney fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

CLEAR COUNSEL LAW GROUP
50 S. STEPHANIE ST., STE 101
HENDERSON, NEVADA 89012
(702) 476-5900

- 9 -

**PRAYER FOR RELIEF**

WHEREFORE, Scott prays for the following relief against Defendants CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, ETHAN HOOPES, DOES I through XV, inclusive, and ROE CORPORATIONS I through X, inclusive, jointly and severally, as follows:

1. For general damages in an amount in excess of $10,000.00, the exact amount to be determined at trial;

2. For special damages in and amount in excess of $10,000.00, the exact amount to be determined at trial;

3. For punitive damages, if applicable;

4. For interest at the legal rate;

5. For costs of suit incurred herein;

6. For reasonable attorney's fees;

7. For an award of full contribution, if applicable;

8. For indemnity, in the event damages are assessed against Scott's claims;

9. For such other and further relief as the Court may deem just and proper.

DATED this ___ day of October, 2016.

CLEAR COUNSEL LAW GROUP

By:  _____
Jared R. Richards, Esq.
Nevada Bar No. 11254
Adam C. Anderson, Esq.
Nevada Bar No. 13062
50 S. Stephanie St., Suite 101
Henderson, Nevada 89012
    Attorneys for Plaintiff Nicolas Scott

CLEAR COUNSEL LAW GROUP
50 S. STEPHANIE ST., STE 101
HENDERSON, NEVADA 89012
(702) 476-5900

- 10 -

**IAFD**
JARED R. RICHARDS, ESQ
Nevada Bar No. 11254
ADAM ANDERSON, ESQ.
Nevada Bar No. 13062
CLEAR COUNSEL LAW GROUP
50 S. Stephanie St., Ste. 101
Henderson, NV 89012
Telephone: (702) 476-5900
Facsimile: (702) 924-0709
jared@clearcounsel.com
adam@clearcounsel.com
*Attorneys for Plaintiff Nicolas Scott*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| NICOLAS SCOTT, an individual, | CASE NO. |
| Plaintiff, | |
| vs. | DEPT. NO. |
| CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation; CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation; ETHAN HOOPES, an individual; DOES I through XV; ROE CORPORATIONS I through X, inclusive, | **INITIAL APPEARANCE FEE DISCLOSURE** |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

1 of 2

**INITIAL APPEARANCE FEE DISCLOSURE**

Pursuant to NRS Chapter 19, as amended by Senate Bill 106, filing fees are submitted for parties appearing in the above-entitled action as indicated below:

NICOLAS SCOTT  (Plaintiff)                                     $270.00

TOTAL REMITTED:                                                 $270.00

DATED this _____ day of October, 2016.

                                        CLEAR COUNSEL LAW GROUP


                                        _____
                                        JARED R. RICHARDS, ESQ.
                                        Nevada State Bar No. 11254
                                        ADAM ANDERSON, ESQ.
                                        Nevada State Bar No. 13062
                                        *Attorneys for Plaintiff Nicolas Scott*

# Exhibit B

| Event Number: 150110-2361  Code Revision: | STATE OF NEVADA TRAFFIC ACCIDENT REPORT SCENE INFORMATION SHEET Revised 1/14/04 | Accident Number: LVMPD-150110-2361  ☐ Property  ☒ Injury  ☐ Fatal |
|---|---|---|

| ☒ Urban  ☐ Rural | ☐ Emergency Use  ☐ Office Report | ☐ Preliminary Report  ☒ Initial Report | ☐ Resubmission  ☐ Supplement Report | ☐ Hit and Run  ☐ Private Property | Agency Name: LAS VEGAS METROPOLITAN PD |
|---|---|---|---|---|---|

| Collision Date | Time | Day | Beat / Sector | ☒ County | ☐ City | Surface | Intersection | Paddle Markers |
|---|---|---|---|---|---|---|---|---|
| 1/10/2015 | 14:54 | SATURDAY | J3 | CLARK | | ☒ Asphalt ☐ Concrete ☐ Gravel ☐ Dirt ☐ Other | ☐ Four Way ☐ > Four Way ☐ T ☐ Y ☐ Roundabout ☐ Other | ☒ None ☐ Left Side ☐ Right Side ☐ Both Side ☐ Unknown |

| Mile Marker | # Vehicles | # Non Motorists | # Occupants | # Fatalities | # Injured | # Restrained |
|---|---|---|---|---|---|---|
| | 2 | 0 | 5 | 0 | 2 | 5 |

**Occurred On:** *(Highway # or Street Name)*
☐ 1) Parking Lot    DESERT INN RD

Access Control: ☒ None  ☐ Full  ☐ Partial

☐ At Intersection With:
☒ Or 789 ☒ Feet ☐ Miles ☒ Approximate    EAST    Of *(Cross Street)* NELLIS BLVD

| Roadway Character | Roadway Conditions | Total Thru Lanes | Average Roadway Widths | Roadway Grade |
|---|---|---|---|---|
| ☐ Curve & Grade ☐ Curve & Hillcrest ☐ Curve & Level ☒ Straight & Grade ☐ Straight & Hillcrest ☐ Straight & Level ☐ Unknown ☐ Other | ☒ Dry  ☐ Slush ☐ Icy  ☐ Standing Water ☐ Wet  ☐ Moving Water ☐ Snow  ☐ Unknown ☐ Sand / Mud / Oil / Dirt / Gravel ☐ Other | Main Road ☐ One ☐ Two ☐ Three ☒ Four ☐ Five ☐ > 5  Total All Lanes: 5 | Travel Lane  13  Ft Storage / Turn Lane  14  Ft Median  0  Ft  **Paved Shoulder**  Inside  Outside  0  0 | Relative To ☒ Not Determined ☐ Relatively Level Roadway ☐ Up Slope (+) ☐ Down Slope (-)  Grade  % |

| Pavement Markings and Type | Highway Description | Weather Conditions |
|---|---|---|
| — Centerline, Broken Yellow  — Centerline, Solid Yellow  — Centerline, Double Yellow  4 — Lane Line, Broken White  — Lane Line, Solid White  Other | — No Passing, Either Direction  — Turn Arrow Symbols  4 — Center Turn Lane Line  — Edge Line, Left, Yellow  — Edge Line, Right, White | ☐ None ☐ Unknown | ☒ Two-Way, Not Divided ☐ Two-Way, Div.,Unpro,Median ☐ Two-Way, Div.,Median Barrier ☐ One-Way, Not Div. ☐ Unknown ☐ Off Road | ☒ Clear ☐ Fog, Smog, Smoke, Ash ☐ Cloudy ☐ Severe Crosswinds ☐ Snow ☐ Sleet / Hail ☐ Rain ☐ Unknown ☐ Blowing Sand, Dirt, Soil, Snow ☐ Other |

| Light Conditions | Vehicle Collision Type | | Location of First Event |
|---|---|---|---|
| ☐ Dusk ☐ Dawn ☒ Daylight ☐ Unknown ☐ Other | ☐ Dark - No Roadway Lighting ☐ Dark - Spot Roadway Lighting ☐ Dark - Continuous Roadway Lighting ☐ Dark - Unknown Roadway Lighting | ☐ Head On ☐ Rear to Rear ☐ Rear End ☐ Sideswipe - Meeting ☐ Backing ☐ Sideswipe - Overtaking ☒ Angle ☐ Non - Collision ☐ Unknown | ☒ Travel Lane ☐ Turn Lane ☐ Gore ☐ Median ☐ Inside Shoulder | ☐ Outside Shoulder ☐ Ramp ☐ Intersection ☐ Unknown ☐ Private Property ☐ Roadside ☐ Other |

| Highway / Environment Factors | Property Damage To Other Than Vehicle |
|---|---|
| ☒ None ☐ Shoulders ☐ Ruts, Holes, Bumps ☐ Weather ☐ Road Obstruction ☐ Active Work Zone ☐ Debris ☐ Worn Traffic Surface ☐ Inactive Work Zone ☐ Glare ☐ Wet, Icy, Snow, Slush ☐ Animal In Roadway ☐ Other Highway ☐ Unknown ☐ Other Environmental | Describe Property Damage  .  Owner's Name (Last First Middle) :  ☐ 1) Owner Notified  Owner's Address: (Street Address City, State Zip) |

| First Harmful Event |
|---|
| Code #: 214    Description: 214 MOTOR VEHICLE IN TRANSPORT |

**Description of Accident / Narrative**

V2, A MOTORCYCLE, WAS E/B T1 OF 2 DESERT INN EAST OF NELLIS. V1 WAS E/B T2 DESERT INN EAST OF NELLIS. V1 STARTED TO MAKE A U-TURN FROM THE RIGHT TRAVEL LANE AND ENTERED THE PATH OF V2. V2 FRONT STRUCK V1 FRONT LEFT. THE IMPACT SENT V1 IN A NE DIRECTION OVERTURNING AND SLIDING ON HIS SIDES. D2 SAID HE WAS GOING STRAIGHT WHEN V1 TURNED IN FRONT OF HIM FROM HIS RIGHT SIDE. HE SWERVED BUT HIT V1 AND WENT DOWN. D1 SAID HE SAW THE MOTORCYCLE IN THE DISTANCE BEFORE HE STARTED HIS TURN BUT DID NOT SEE V2 WHEN HE

| Investigation Complete | Photos Taken | Scene Diagram | Statements # | Date Notified | Time Notified | Arrival Date | Arrival Time |
|---|---|---|---|---|---|---|---|
| ☒ Yes ☐ No | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No | 1/10/2015 | 14:56 | 1/10/2015 | 15:04 |

| Investigator(s) | ID Number | Date | Reviewed By | Date Reviewed | Page |
|---|---|---|---|---|---|
| 5374 C. FRAGIADAKIS | 5374 | 1/10/2015 | 9167 CODY FULWILER | 1/17/2015 | 1 of 6 |

1/20/2015

| Event Number: | STATE OF NEVADA<br>TRAFFIC ACCIDENT REPORT<br>SCENE INFORMATION SHEET<br>Revised 8/21/03 | Accident Number:<br>LVMPD-150110-2361 |
|---|---|---|
| 150110-2361 | | Agency Name:<br>LAS VEGAS METROPOLITAN PD |

### Description of Accident / Narrative Continuation

STARTED TO MAKE THE U-TURN. V2 OCCUPANTS WERE TRANSPORTED TO SUNRISE BY MEDICWEST. V1 OCCUPANTS WERE NOT INJURED AND D1 WAS CITED AT FAULT. AIC WAS DETERMINED BY GOUGES IN THE LEFT TRAVEL LANE LEADING TO THE VEHICLES.

Indicate North

A.I.C.: 789 E/E 32 N/S APP

Page

2 of 6

1/20/2015

| Event Number: 150110-2361 | STATE OF NEVADA TRAFFIC ACCIDENT REPORT VEHICLE INFORMATION SHEET Revised 1/14/04 | Accident Number: LVMPD-150110-2361 |
|---|---|---|
| | | Agency Name: LAS VEGAS METROPOLITAN PD |

| Vehicle # 1 | # Occupants 3 | ☒ 1) At Fault  ☐ 2) Non Contact |
|---|---|---|

**Direction of Travel:** ☐ 1) North ☒ 3) East ☐ 5) Unknown ☐ 2) South ☐ 4) West
**Highway / Street Name:** DESERT INN RD
**Travel Lane #:** 2

**Vehicle Action:** ☐ 1) Straight ☐ 3) Left Turn ☒ 5) U-Turn ☐ 7) Wrong Way ☐ 9) Passing ☐ 11) Leaving Parked ☐ 13) Leaving Lane ☐ 15) Enter Parked (P) ☐ 17) Lane Change ☐ 19) Unknown
☐ 2) Backing ☐ 4) Right Turn ☐ 6) Parked ☐ 8) Stopped (*) ☐ 10) Racing ☐ 12) Entering ☐ 14) Other Turning ☐ 16) Driverless Vehicle ☐ 18) Other

**Driver:** (Last Name, First Name, Middle Name Suffix)
HOOPES    ETHAN    KENDAL

**Transported By:** ☒ 1) Not Transported ☐ 2) EMS ☐ 3) Police ☐ 4) Unknown ☐ 5) Other

**Street Address:** 17 SUNSET LANE
**Transported To:**

| City: SHERIDAN | State / Country WY ☐ 1) NV | Zip Code: 82801 | Person Type: 1 | Seating Position: 01 | Occupant Restraints: 7 |
|---|---|---|---|---|---|

☒ 1) Male ☐ 3) Unknown ☐ 2) Female **DOB:** 1996 **Phone Number:** (702)4281347 **Injury Severity:** N **Injury Location:**

**OLN:** **State:** ☐ 1) NV WY ☐ 1) CDL ☒ 2) DL **License Status:** 0 **Airbags:** 2 **Airbag Switch:** 4 **Ejected:** 0 **Trapped:** 0

| Compliance: | Endorsements | Restrictions | Driver Factors |
|---|---|---|---|
| ☐ 1) Restrict ☐ 2) Endorse | | 0 | ☒ 1) Apparently Normal ☐ 6) Driver Ill / Injured |

**Alcohol/Drug Involvement**
☒ 1) Not Involved
☐ 2) Suspected Impairment
☐ 3) Alcohol ☐ 4) Drugs
☐ 5) Unknown

**Method of Determination** (check up to 2)
☐ 1) Field Sobriety Test ☐ 4) Urine Test
☐ 2) Evidentiary Breath ☐ 5) Blood Test
☐ 3) Driver Admission ☐ 6) Preliminary Breath
**Test Results:**

**Driver Factors**
☒ 1) Apparently Normal
☐ 2) Had Been Drinking
☐ 3) Drug Involvement
☐ 4) Apparently Fatigued / Asleep
☐ 5) Obstructed View
☐ 6) Driver Ill / Injured
☐ 7) Other Improper Driving
☐ 8) Driver Inattention / Distracted
☐ 9) Physical Impairment
☐ 10) Unknown

| Vehicle Year: 2012 | Vehicle Make: CHEVROLET | Vehicle Model: MALIBU LS | Vehicle Type: 4D |
|---|---|---|---|

**Vehicle Factors**
☐ 1) Failed To Yield Right Of Way ☐ 9) Failed To Maintain Lane ☐ 16) Driverless Vehic
☐ 2) Disregard Control Device ☐ 10) Following Too Close ☐ 17) Unsafe Backing
☐ 3) Too Fast For Conditions ☐ 11) Unsafe Lane Change ☐ 18) Ran Off Road
☐ 4) Exceeding Speed Limit ☒ 12) Made Improper Turn ☐ 19) Hit and Run
☐ 5) Wrong Way / Direction ☐ 13) Over Correct/Steering ☐ 20) Road Defect (*)
☐ 6) Mechanical Defects ☐ 14) Other Improper Driving ☐ 21) Object Avoidanc
☐ 7) Drove Left Of Center ☐ 15) Aggressive / Reckless / Careless
8) Other ☐ 22) Unknown (*)

| Plate / Permit No.: 665YBE | State: ☒ 1) NV NV | Expiration Date: 12/31/2014 | Vehicle Color: SIL |
|---|---|---|---|

**Vehicle Identification Number:** 1G1ZA5EU5CF351915

**Registered Owner Name:** CORP PRES BISHOP CHURCH OF JESUS CHRIST LDS ☐ 1) Same As Driver
**Registered Owner Address:** 9270 S MARYLAND PKWY LAS VEGAS NV 89123

**Insurance Company Name:** NATIONAL UNION FIRE ☒ 1) Insured

| Policy Number: CA2248259 | Effective: 4/1/2014 | To: 4/1/2015 |
|---|---|---|

**Insurance Company Address or Phone Number:** 886-774-5768

☒ 1) Vehicle Towed **Towed By:** QUALITY TOWING
**Removed To:** TOW YARD

**1st Contact**
☐ 2 ☐ 3 ☐ 4
☐ 1 — [car] — ☐ 5
☒ 8 ☐ 7 ☐ 6
☐ 1) Override ☐ 2) Under Ride

**Damaged Areas**
☐ 1) Front
☐ 2) Right Side
☒ 3) Left Side
☐ 4) Rear
☐ 5) Right Front
☐ 6) Right Rear
☐ 7) Top
☐ 8) Under Carriage
☒ 9) Left Front
☐ 10) Left Rear
☐ 11) Unknown
☐ 12) Other

**Traffic Control**
F 1) Speed Zone
2) Signal Light
3) Flashing Light
4) School Zone
5) Ped. Signal
6) No Passing F
7) No Controls
8) Warning Sign
9) Turn Signal ☐
10) Other
11) Stop Sign
12) Yield Sign
13) R. R. Sign
14) R. R. Gates
15) R. R. Signal (#)
16) Marked Lanes
17) Tire Chains/Snow Req.
18) Permissive Green
19) Unknown

| Distance Traveled After Impact | Speed Estimate | | | Extent Of Damage |
|---|---|---|---|---|
| 56 (1-FEET) | From | To | Limit 35 | ☐ 1) Minor ☒ 2) Moderate ☐ 3) Major ☐ 4) Total ☐ 5) None ☐ 6) Unknown |

**Sequence Of Events**

| | Code # | Description | Collision With Fixed Object | Most Harmful Event |
|---|---|---|---|---|
| 1st | 214 | 214 MOTOR VEHICLE IN TRANSPORT | ☐ | ☒ |
| 2nd | | | ☐ | ☐ |
| 3rd | | | ☐ | ☐ |
| 4th | | | ☐ | ☐ |
| 5th | | | ☐ | ☐ |

| | Violation | NOC | Citation Number |
|---|---|---|---|
| ☐ 1) NRS ☐ 2) CFR ☒ 3) CC / MC ☐ 4) Pending (1) | NRS UNSAFE TURNING MOVEMENT (N... | | E10474554 |
| ☐ 1) NRS ☐ 2) CFR ☐ 3) CC / MC ☐ 4) Pending (2) | | | |

| Investigator(s) | ID Number 5374 | Date 11/20/2015 | Reviewed By 9187 CODY | Date Reviewed 1/17/2015 | Page |
|---|---|---|---|---|---|

1/20/2015

5374 C. FRAGIADAKIS · · · · 5374 · 1/10/2015 · FUTWILER · 1/11/2015 · 5 of 6

| Event Number:<br>150110-2361 | | STATE OF NEVADA<br>TRAFFIC ACCIDENT REPORT<br>VEHICLE INFORMATION SHEET<br>Revised 5/21/03 | Accident Number:<br>LVMPD-150110-2361 |
| --- | --- | --- | --- |
| | | | Agency Name:<br>LAS VEGAS METROPOLITAN PD |

**Name:** (Last Name, First Name, Middle Name Suffix)
CASAGRANDA  ROBERT  GUIDO

**Transported By:** ☒1) Not Transported  ☐2) EMS  ☐3) Police  ☐4) Unknown
☐5) Other

**Street Address:** PO BOX 101

**Transported To:**

| City: PALMER | State / Country ☐1) NV<br>AK | Zip Code: 99645 | Person Type: 2 | Seating Position: 03 | Occupant Restraints: 7 |
| --- | --- | --- | --- | --- | --- |

☒1) Male  ☐3) Unknown  **DOB:** 1993   ☐2) Female

**Phone Number:** (702) 4281347

**Injury Severity:** N   **Injury Location:** 0

**Airbags:** 2   **Airbag Switch:** 1   **Ejected:** 0   **Trapped:** 0

**Name:** (Last Name, First Name, Middle Name Suffix)
BARFIELD  ROBERT

**Transported By:** ☒1) Not Transported  ☐2) EMS  ☐3) Police  ☐4) Unknown
☐5) Other

**Street Address:** 4855 BOULDER HWY

**Transported To:**

| City: LAS VEGAS | State / Country ☒1) NV<br>NV | Zip Code: 89121 | Person Type: 2 | Seating Position: 06 | Occupant Restraints: 7 |
| --- | --- | --- | --- | --- | --- |

☒1) Male  ☐3) Unknown  **DOB:**   ☐2) Female

**Phone Number:** (702) 4333466

**Injury Severity:** N   **Injury Location:** 0

**Airbags:** 2   **Airbag Switch:** 4   **Ejected:** 0   **Trapped:** 0

**Name:** (Last Name, First Name, Middle Name Suffix)

**Transported By:** ☐1) Not Transported  ☐2) EMS  ☐3) Police  ☐4) Unknown
☐5) Other

**Street Address:**

**Transported To:**

| City: | State / Country ☐1) NV | Zip Code: | Person Type: | Seating Position: | Occupant Restraints: |
| --- | --- | --- | --- | --- | --- |

☐1) Male  ☐3) Unknown  **DOB:**   ☐2) Female

**Phone Number:**

**Injury Severity:**   **Injury Location:**

**Airbags:**   **Airbag Switch:**   **Ejected:**   **Trapped:**

| ☐1) Trailing Unit 1  VIN: | Plate: | State: ☐1) NV | Type: |
| --- | --- | --- | --- |
| ☐1) Trailing Unit 2  VIN: | Plate: | State: ☐1) NV | Type: |
| ☐1) Trailing Unit 3  VIN: | Plate: | State: ☐1) NV | Type: |

## Commercial Vehicle Configuration

☐ 1) Commercial Vehicle       ☐ 2) School Bus

| ☐1) Bus, 9 - 16 Occupants | ☐6) Tractor Only | ☐11) Tractor / Semi Trailer |
| --- | --- | --- |
| ☐2) Bus, > 15 Occupants | ☐7) Tractor / Trailer | ☐12) Passenger Vehicle, (Haz-Mat) |
| ☐3) Single 2 Axle and 6 Tire | ☐8) Tractor / Doubles | ☐13) Light Truck, (Haz-Mat) |
| ☐4) Single > 3 Axle | ☐9) Tractor / Triples | ☐14) Other Heavy Vehicle |
| ☐5) Any 4 Tire Vehicle | ☐10) Truck with Trailer | |

**Source**
☐1) Driver
☐2) Log Book
☐3) Shipping Papers / Trip Manifest
☐4) State Reg.
☐5) Side Of Vehicle
☐6) Other

**Carrier Name:**

**Power Unit GVWR**
☐1) ≤ 10,000 Lbs   ☐2) 10,000 - 26,000 Lbs   ☐3) ≥ 26,000 Lbs
☐1) Haz-Mat
☐2) Released

**Carrier Street Address:**

City:       State: ☐1) NV   Zip:

| Cargo Body Type | | | Haz-Mat ID #: | Type of Carrier | NAS Safety Report #: |
| --- | --- | --- | --- | --- | --- |
| ☐1) Pole | ☐6) Van / Box | ☐11) Grain, Gravel Chips | | | |
| ☐2) Tank | ☐7) Concrete Mixer | ☐12) Bus, 9 - 15 | Hazard Classification #: | ☐1) Single State | Carrier Number: |
| ☐3) Flatbed | ☐8) Auto Carrier | ☐13) Bus > 15 Occupants | | ☐2) USDOT | |
| ☐4) Dump | ☐9) Garbage/Refuse | ☐14) Other | | ☐3) Canada | Page |
| ☐5) Unknown | ☐10) Not Applicable | | | ☐4) Mexico | 4 of 6 |

1/20/2015

| Event Number: 150110-2361 | STATE OF NEVADA TRAFFIC ACCIDENT REPORT VEHICLE INFORMATION SHEET Revised 1/14/04 | Accident Number: LVMPD-150110-2361 |
|---|---|---|

Agency Name: LAS VEGAS METROPOLITAN PD

| Vehicle # | # Occupants | ☐ 1) At Fault ☐ 2) Non Contact |
|---|---|---|
| 2 | 2 | |

**Direction of Travel:** ☐ 1) North ☒ 3) East ☐ 5) Unknown ☐ 2) South ☐ 4) West

**Highway / Street Name:** DESERT INN RD

**Travel Lane #:** 1

**Vehicle Action:** ☒ 1) Straight ☐ 3) Left Turn ☐ 5) U-Turn ☐ 7) Wrong Way ☐ 9) Passing ☐ 11) Leaving Parked ☐ 13) Leaving Lane ☐ 15) Enter Parked (E) ☐ 17) Lane Change ☐ 19) Unknown
☐ 2) Backing ☐ 4) Right Turn ☐ 6) Parked ☐ 8) Stopped (A) ☐ 10) Racing ☐ 12) Entering ☐ 14) Other Turning ☐ 16) Driverless Vehicle ☐ 18) Other

**Driver:** (Last Name, First Name, Middle Name Suffix)
SCOTT    NICOLAS    ANDREW

**Transported By:** ☐ 1) Not Transported ☒ 2) EMS ☐ 3) Police ☐ 4) Unknown ☐ 5) Other
MEDIC WEST

**Street Address:** 560 SENTRY

**Transported To:** SUNRISE HOSPITAL

| City: HENDERSON | State / Country ☒ 1) NV | Zip Code: 89002 | Person Type: 1 | Seating Position: 01 | Occupant Restraints: 11 |
|---|---|---|---|---|---|

☒ 1) Male ☐ 3) Unknown ☐ 2) Female    **DOB:** 1983    **Phone Number:** (702)2351134

| Injury Severity: B | Injury Location: 6' | 7 | 8 |
|---|---|---|---|

**OLN:** State: ☒ 1) NV    NV    ☐ 1) CDL ☒ 2) DL    **License Status:** O

| Airbags: 1 | Airbag Switch: 1 | Ejected: 0 | Trapped: 0 |
|---|---|---|---|

**Compliance:** ☐ 1) Restrict ☐ 2) Endorse

**Endorsements:** M    **Restrictions:** O

**Alcohol/Drug Involvement**
☒ 1) Not Involved
☐ 2) Suspected Impairment
☐ 3) Alcohol ☐ 4) Drugs
☐ 5) Unknown

**Method of Determination** (check up to 2)
☐ 1) Field Sobriety Test ☐ 4) Urine Test
☐ 2) Evidentiary Breath ☐ 5) Blood Test
☐ 3) Driver Admission ☐ 6) Preliminary Breath

**Test Results:**

**Driver Factors**
☒ 1) Apparently Normal
☐ 2) Had Been Drinking
☐ 3) Drug Involvement
☐ 4) Apparently Fatigued / Asleep
☐ 5) Obstructed View
☐ 6) Driver Ill / Injured
☐ 7) Other Improper Driving
☐ 8) Driver Inattention / Distracted
☐ 9) Physical Impairment
☐ 10) Unknown

| Vehicle Year: 2014 | Vehicle Make: HARLEY DAVIDSON | Vehicle Model: MC | Vehicle Type: MC |
|---|---|---|---|
| Plate / Permit No.: 213166 | State: ☒ 1) NV | Expiration Date: 7/14/2015 | Vehicle Color: BLK |

**Vehicle Identification Number:** 1HD1GXM15EC329437

**Registered Owner Name:** ☒ 1) Same As Driver    SCOTT NICOLAS ANDREW

**Registered Owner Address:** 560 SENTRY SHERIDAN WY 82801

**Vehicle Factors**
☐ 1) Failed To Yield Right Of Way ☐ 9) Failed To Maintain Lane
☐ 2) Disregard Control Device ☐ 10) Following Too Close
☐ 3) Too Fast For Conditions ☐ 11) Unsafe Lane Change
☐ 4) Exceeding Speed Limit ☐ 12) Made Improper Turn
☐ 5) Wrong Way / Direction ☐ 13) Over Correct/Steering
☐ 6) Mechanical Defects ☐ 14) Other Improper Driving
☐ 7) Drove Left Of Center ☐ 15) Aggressive / Reckless / Careless
8) Other
☐ 16) Driverless Vehicle
☐ 17) Unsafe Backing
☐ 18) Ran Off Road
☐ 19) Hit and Run
☐ 20) Road Defect (A)
☐ 21) Object Avoidance
☐ 22) Unknown (E)

**Insurance Company Name:** ☒ 1) Insured    PROGRESSIVE

**Policy Number:** 44202039-2    **Effective:** 8/13/2014    **To:** 8/13/2015

**Insurance Company Address or Phone Number:** 1800-876-5581

☒ 1) Vehicle Towed    **Towed By:** QUALITY TOWING

**Removed To:** TOW YARD

**1st Contact**
☐ 2    ☐ 3    ☐ 4
☒ 1—    —☐ 5
☐ 8    ☐ 7    ☐ 6
☐ 1) Override ☐ 2) Under Ride

**Damaged Areas**
☒ 1) Front
☒ 2) Right Side
☒ 3) Left Side
☐ 4) Rear
☐ 5) Right Front
☐ 6) Right Rear
☐ 7) Top
☐ 8) Under Carriage
☐ 9) Left Front
☐ 10) Left Rear
☐ 11) Unknown
☐ 12) Other

| **Traffic Control** | | **Distance Traveled After Impact** | **Speed Estimate** | | | **Extent Of Damage** |
|---|---|---|---|---|---|---|
| F 1) Speed Zone | 11) Stop Sign | 89 (1-FEET) | From | To | Limit 35 | ☐ 1) Minor ☐ 4) Total |
| 2) Signal Light | 12) Yield Sign | | | | | ☐ 2) Moderate ☐ 5) None |
| 3) Flashing Light | 13) R. R. Sign | | | | | ☒ 3) Major ☐ 6) Unknown |
| 4) School Zone | 14) R. R. Gate | | | | | |
| 5) Ped. Signal | 15) R. R. Signal (#) | | | | | |
| 6) No Passing | F 16) Marked Lanes | | | | | |
| 7) No Controls | 17) Tire Chains/Snow Req. | | | | | |
| 8) Warning Sign | 18) Permissive Green | | | | | |
| 9) Turn Signal | ☐ 19) Unknown | | | | | |
| 10) Other | | | | | | |

**Sequence Of Events**

| | Code # | Description | Collision With Fixed Object | Most Harmful Event |
|---|---|---|---|---|
| 1st | 214 | 214 MOTOR VEHICLE IN TRANSPORT | ☐ | ☒ |
| 2nd | 101 | 101 OVERTURN / ROLLOVER | ☐ | ☐ |
| 3rd | | | ☐ | ☐ |
| 4th | | | ☐ | ☐ |
| 5th | | | ☐ | ☐ |

| ☐ 1) NRS ☐ 2) CFR ☐ 3) CC / MC ☐ 4) Pending (1) | Violation | NOC | Citation Number |
|---|---|---|---|
| ☐ 1) NRS ☐ 2) CFR ☐ 3) CC / MC ☐ 4) Pending (2) | Violation | NOC | Citation Number |

| Investigator(s) | ID Number | Date | Reviewed By | Date Reviewed | Page |
|---|---|---|---|---|---|

1/20/2015

| 5374 C. FRAGIADAKIS | 5374 | 1/10/2015 | 9187 CODY FULWILER | 1/17/2015 | 6 of 6 |
|---|---|---|---|---|---|

| Event Number: 150110-2361 | **STATE OF NEVADA TRAFFIC ACCIDENT REPORT** VEHICLE INFORMATION SHEET Revised 6/21/03 | Accident Number: LVMPD-150110-2361 |
|---|---|---|
| | | Agency Name: LAS VEGAS METROPOLITAN PD |

**Name:** (Last Name, First Name, Middle Name Suffix)
MERRITT SARA

**Street Address:** 914 HIGH PLAINS

| City: HENDERSON | State / Country ☒1) NV   NV | Zip Code: 89002 |
|---|---|---|

☐1) Male  ☐3) Uknown
☒2) Female
**DOB:** 1981
**Phone Number:** (702) 5263094

**Transported By:** ☐1) Not Transported  ☒2) EMS  ☐3) Police  ☐4) Unknown  ☐5) Other    MEDIC WEST

**Transported To:** SUNRISE HOSPITAL

| Person Type: 2 | Seating Position: 04 | Occupant Restraints: 11 |
|---|---|---|
| Injury Severity: B | Injury Location: 2 | 5 | 8 |
| Airbags: 1 | Airbag Switch: 1 | Ejected: 1 | Trapped: 0 |

---

**Name:** (Last Name, First Name, Middle Name Suffix)

**Street Address:**

| City: | State / Country ☐1) NV | Zip Code: |
|---|---|---|

☐1) Male  ☐b) Uknown
☐2) Female
**DOB:**
**Phone Number:**

**Transported By:** ☐1) Not Transported  ☐2) EMS  ☐3) Police  ☐4) Unknown  ☐5) Other

**Transported To:**

| Person Type: | Seating Position: | Occupant Restraints: |
|---|---|---|
| Injury Severity: | Injury Location: | | |
| Airbags: | Airbag Switch: | Ejected: | Trapped: |

---

**Name:** (Last Name, First Name, Middle Name Suffix)

**Street Address:**

| City: | State / Country ☐1) NV | Zip Code: |
|---|---|---|

☐1) Male  ☐3) Uknown
☐2) Female
**DOB:**
**Phone Number:**

**Transported By:** ☐1) Not Transported  ☐2) EMS  ☐3) Police  ☐4) Unknown  ☐5) Other

**Transported To:**

| Person Type: | Seating Position: | Occupant Restraints: |
|---|---|---|
| Injury Severity: | Injury Location: | | |
| Airbags: | Airbag Switch: | Ejected: | Trapped: |

---

| ☐1) Trailing Unit 1  VIN: | Plate: | State: ☐1) NV | Type: |
|---|---|---|---|
| ☐1) Trailing Unit 2  VIN: | Plate: | State: ☐1) NV | Type: |
| ☐1) Trailing Unit 3  VIN: | Plate: | State: ☐1) NV | Type: |

## Commercial Vehicle Configuration

☐ 1) Commercial Vehicle    ☐ 2) School Bus

| ☐1) Bus, 9 - 15 Occupants | ☐6) Tractor Only | ☐11) Tractor / Semi Trailer |
|---|---|---|
| ☐2) Bus, > 15 Occupants | ☐7) Tractor / Trailer | ☐12) Passenger Vehicle, (Haz-Mat) |
| ☐3) Single 2 Axle and 6 Tire | ☐8) Tractor / Doubles | ☐13) Light Truck, (Haz-Mat) |
| ☐4) Single > 3 Axle | ☐9) Tractor / Triples | ☐14) Other Heavy Vehicle |
| ☐5) Any 4 Tire Vehicle | ☐10) Truck with Trailer | |

☐1) Driver
☐2) Log Book
☐3) Shipping Papers / Trip Manifest
**Source**
☐4) State Reg.
☐5) Side Of Vehicle
☐6) Other

**Carrier Name:**

**Power Unit GVWR**
☐1) ≤ 10,000 Lbs   ☐2) 10,000 - 26,000 Lbs   ☐3) ≥ 26,000 Lbs
☐1) Haz-Mat
☐2) Released

| Carrier Street Address: | City: | State: ☐1) NV | Zip: |
|---|---|---|---|

**Cargo Body Type**
☐1) Pole
☐2) Tank
☐3) Flatbed
☐4) Dump
☐5) Unknown
☐6) Van / Box
☐7) Concrete Mixer
☐8) Auto Carrier
☐9) Garbage/Refuse
☐10) Not Applicable
☐11) Grain, Gravel Chips
☐12) Bus, 8 - 15 Occupants
☐13) Bus, > 15 Occupants
☐14) Other

**Haz-Mat ID #:**

**Hazard Classification #:**

**Type of Carrier**
☐1) Single State
☐2) USDOT
☐3) Canada
☐4) Mexico

**NAS Safety Report #:**

**Carrier Number:**

Page

1/20/2015

# Exhibit C

 CLEARCOUNSEL
——————LAW GROUP

JONATHAN W BARLOW*
JORDAN M. FLAKE
JARED R. RICHARDS
MATTHEW M. McARTHUR
ETHAN M. FEATHERSTONE
AMY K. CRIGHTON
CHRISTOPHER M. WOOD
*Also licensed in Utah

December 18, 2015

National Union Fire c/o Sedgwick CMS
ATTN: Janelle Caudle, Claims Department
PO Box 14485
Lexington Kentucky 40512
Phone: (866) 814-8220
Fax: (801) 258-9795

COP and CPB c/o Garbajal & McNutt
ATTN: Matt Wolf
625 South Eighth Street
Las Vegas Nevada 89101
Phone:  (702) 384-1170
Fax:  (702) 384-5529

Re:    Your insured:      Elder Ethan Kendal Hoopes;
                          Corporation of the Presiding Bishop of the Church of Jesus Christ
                          of Latter-day Saints;
                          Corporation of the First Presidency of the Church of Jesus Christ
                          of Latter-day Saints
       Our Client:        Nicolas Scott
       Date of Loss:      January 10, 2015
       Policy Number:     CA2248259
       Claim Number:      RK150348520-4AU

Dear Matt Wolf and Janelle Caudle:

As you are aware, on January 10, 2015, my client, Nicolas Scott, was involved in a motor vehicle
accident and sustained injuries from that accident.  Based on my analysis of the accident, your
insured is liable for my client's damages.  I have included my analysis of liability and damages
in this letter.

The purpose of this letter is to resolve my client's claim without resorting to litigation that is, at
this point, avoidable.

December 18, 2015
Page 2

1. **Liability**

On January 10, 2015, Mr. Scott and Elder Hoopes were both traveling eastbound on Desert Inn. Without warning, and from the outside lane, Elder Hoopes engaged in an illegal u-turn, cutting across Mr. Scott's lane of travel and causing Mr. Scott's motorcycle to crash. Elder Hoopes engaged in his u-turn maneuver in a section of the road that was expressively designated as a no-u-turn zone. By engaging in an illegal u-turn and cutting across my client's lane of travel, Elder Hoopes is liable for the resulting accident.

In my recent discussions with Mr. Wolf, it was suggested that recent Nevada law would absolve the Church of Elder Hoopes' negligent acts. That, however, is simply not the case. Elder Hoopes is a missionary for the Church of Jesus Christ of Latter-day Saints. On January 10, 2015, a Saturday, at about 3:00 pm, Elder Hoopes was engaged in the Church's service as its authorized agent. As such, the Church is liable for Elder Hoopes' negligence. While there have been some cases that have held that a principle is not liable for the intentional torts of its agents that are not in furtherance that agency, such cases do not apply here because Elder Hoopes did not engage in an intentional tort. A recent Nevada case also held that a foreign Catholic diocese did not purposely avail itself to Nevada law by taking the oath of a Catholic priest who years later moved to Nevada. That, of course, also does not apply here. I am confident that both Elder Hoopes and President Snow of the Las Vegas Mission will agree that, at the time of the accident, Elder Hoopes was attempting to faithfully fulfill his service to the Church, that the accident was not an intentional act, and that the Church exercised substantial control of Elder Hoopes through its policies and procedures. In short, the Church is liable for this accident.

Attached are the exhibits pertaining to this matter as follows:

| Exh | Document |
|-----|----------|
| 1 | Accident Report |
| 2 | Photograph of Point of Impact |
| 3 | Photograph of U-turn Prohibited Sign |
| 4 | Affidavit of Nicolas Scott |
| 5 | Permanent Impairment Rating by Dr. Roger Russell |
| 6 | MedicWest Ambulance Inc. Bill |
| 7 | Sunrise Hospital Bill and Records |
| 8 | Dr. Pernell Bill |
| 9 | THC Bill |
| 10 | HPN Statement of Charges |
| 11 | Nevada Orthopedic and Spine Bills and Records |
| 12 | HealthSouth Rehabilitation Hospital of Las Vegas Records |
| 13 | Nevada Orthopedic and Spine Bills and Records |
| 14 | HealthSouth Records |
| 15 | Dynamic Pain Rehabilitation Bills and Records |

December 18, 2015
Page 3

## 2. Damages

### 2.1. Past Medical Costs

The table below provides the costs for the respective medical providers.

| Medical Provider | Dates of Service | Amount |
|---|---|---:|
| Sunrise Hospital | 01/10/2015 - 01/14/2015 | $165,062.00 |
| MedicWest Ambulance | | $1,072.50 |
| THC of Nevada | | $16.70 |
| Nevada Orthopedic & Spine Center | | $6,219.00 |
| HealthSouth Rehabilitation Hospital of Las Vegas | | $16,284.26 |
| Lindsey Blake | 01/10/2015 | $345.00 |
| Kitty H. Cain | 01/10/2015 | $247.00 |
| Joshua M Owen | 01/10/2015 | $149.00 |
| Demetrice S Davis | 01/11/2015 | $300.00 |
| David P Marmaduke | 01/10/2015 - 01/13/2015 | $276.00 |
| Leini-Luck C Pena | 01/11/2015 | $2,880.00 |
| Andrea Pernell MC | 01/14/2015 - 01/21/2105 | $1,044.00 |
| David R. Zipf | 01/19/2015 - 01/21/2015 | $1,380.00 |
| Christopher J Fisher | 01/10/2015 | $655.00 |
| Allan D Macintyre | 01/12/2105 - 01/14/2015 | $655.00 |
| Thomas L Atlas | 01/14/2015 | $138.00 |
| Christopher Richardson | 01/11/2015 | TBD |
| Adrian Q Gomez | 01/10/2015 | $1,601.00 |
| Ram K Singh | 01/10/2015 | $700.00 |
| Nevada Imaging Centers | 07/14/2015 | TBD |
| Dr. Bonnie Winkleman | | $450.00 |
| Dynamic Pain Rehabilitation | | $746.80 |
| | **Total Past Medical Specials** | **$200,221.26** |

### 2.2. Injuries and Treatment

Mr. Scott suffered significant injuries as a result of the motor vehicle accident. He was transported to Sunrise Hospital where he was diagnosed with a right femur posteriorly dislocated from the acetabulum and comminuted acetabular fracture with bone fragments with the soft tissues of the

)

December 18, 2015
Page 4


right hip. The following is an excerpt of the records review and opinion done by Dr. Roger Russell.
A more complete medical history can be found in Dr. Russell's report, attached hereto.

1. Right Hip:
   a. Per X-ray (01/10/15):

   1.    Fracture of acetabulum related to posterior hip
         dislocation of proximal femur.

   b. Per CT Abdomen & Pelvis (01/10/15), right femur posteriorly
      dislocated from the acetabulum; comminuted acetabular fracture
      with bone fragments within the soft tissues of the right hip.
   c. Status post open reduction internal fixation of right posterior
      wall acetabular fracture; right femoral head dislocation with
      removal of incarcerated fracture fragment in right hip joint
      (01/11/15)
   d. Development of hip joint infection with Methicillin-sensitive
      Staphylococcus aureus (01/21/15)

   e. Per X-ray (01/28/15), intact hardware without signs of
      loosening or breakage; unable to visualize posterior wall
      fracture fragment; visualized heterotopic ossification around
      the hip joint.
   f. Per Right Hip X-Ray (07/14/15), right-sided pelvic fracture
      with acetabular plate and screws involving the iliac ischium; no
      evidence of loosening or fracture of the hardware; extensive
      heterotopic bone formation surrounding the right hip joint.
   g. Right Hip MRI (07/14/15): 1) Demonstrates right pelvic surgery with
      metallic artifact limiting assessment of this area; decreased signal in
      the superior humeral (sic - femoral) head felt to be artefactual.
      2) Heterotopic ossification surrounding the area of
      the right hip. Moderate right joint effusion with
      loose bodies and suspected synovitis. Infected joint
      cannot be excluded radiographically. 3) Small field-
      of-view images are limited by artifact, however
      there appears to be mild diffuse labral irregularity
      and chondral thinning.

   h. Capsular pattern consistent with advancing osteoarthritis (06/24/15)

2. Right Knee:
   a. Blunt trauma, right anterior knee, with residual scarring.
   b. Per Right Hip X-Ray (07/14/15), right-sided pelvic fracture
      with acetabular plate and screws involving the iliac ischium; no
      evidence of loosening or fracture of the hardware; extensive
      heterotopic bone formation surrounding the right hip joint.
   c. Per Right Knee X-Ray (07/14/15), no evidence of acute

December 18, 2015
Page 5

        fracture; there is chronic calcification seen at the adductor tubercle on the frontal view, alternatively chronic MCL injury is considered (Pellegrini-Stieda); no joint space narrowing.

    d. Right Knee MRI (07/14/15), 1) Demonstrates a linear focus of calcification involving the superior medial femoral condyle. This is in the approximate location of the adductor tubercle or the proximal attachment of the MCL. No edema is seen adjacent to this. Both the adductor tendon and the proximal MCL appear normal. 2) No fracture, tendon pathology or meniscal tear. Increased signal at the femoral attachment of the popliteus which may relate to a strain or partial tear. 3) Prominent inferior patella plica, correlate for any impingement.

    e. Residual posttraumatic patellofemoral pain (06/24/15)

### 2.2    *Future Medical Care*

Mr. Scott is currently treating with Dr. Alexander Imas for pain management. In addition to pain management, Mr. Scott likely will need surgical intervention in relation to the heterotopic ossification surrounding the area of the right hip and further treatment for his knee. Also, as Dr. Russell opines, Mr. Scott is more likely than not to require a total hip replacement during his lifetime as a direct result of this accident. In addition, Mr. Scott is still at risk for femoral head necrosis, which can present itself up to 18 months after an injury. We will supplement additional information as it becomes available.

### 2.3    *Pain and Suffering / Loss of Enjoyment of Life / Loss of Consortium*

Mr. Scott has severely suffered from this accident. In addition to the significant pain involved with fracturing his hip and the subsequent recovery, several medical complications have occurred, increasing his suffering. First and foremost, Mr. Scott's hip causes him pain every day. This is likely caused by the heterotopic ossification surrounding the area of the right hip and from advancing osteoarthritis that has developed secondary to the motor vehicle accident. Mr. Scott also suffers from ongoing pain in his right knee. Mr. Scott's pain levels fluctuate between a 4/10 on his best days and an 8/10 on his worst days. Mr. Scott is currently working at Precision Crane & Hoist, but has difficulty climbing and difficulty living heavy objects, as is required by his job. Mr. Scott also experiences difficulty sleeping because of his pain levels.

In addition to pain, Mr. Scott has experienced a loss of function. Pursuant to the examination and analysis of Dr. Russell, Mr. Scott has a 10% whole person impairment related to the motor vehicle accident.

Mr. Scott also has an approximately 12-inch scar on his right hip as a result of the surgery. While the scar is in an area covered by clothing, he is self-conscious of the scar.

December 18, 2015
Page 6

### 2.4 Lost Wages / Loss of Income

Mr. Scott was unable to work for an extended period of time. Further, with a 10% total body impairment, his work-life capacity has been diminished. Our preliminary reports indicate that Mr. Scott's type of injury for a person his age on average results in a total lifetime earning capacity diminution of between $500,000 and $1,000,000. We will supplement further information as it becomes available.

### 3. Calculation of Damages

Based on the foregoing, Mr. Scott has incurred special damages in the following amount:

SPECIAL DAMAGES:

| | |
|---|---|
| Past Medical: | $200,221.26 |
| Future Medical: | To Be Supplemented |
| Past Wage Loss: | To Be Supplemented |
| Future Wage Loss: | In Excess of $500,000.00 |
| Property Damage: | To be Supplemented |

### 4. Offer of Settlement

As a direct result of this incident caused by Elder Hoopes, Mr. Scott has experienced significant pain, medical expenses, and loss of function. Mr. Scott, however, would prefer to settle this claim without resorting to expensive litigation if at all possible. Thus, Mr. Scott is willing to settle this claim for full release in exchange for $700,000.00 in addition to the agreement that you pay for all property damage related to the accident.

If the Church is unwilling to settle this case, Mr. Scott would still be willing to settle with Elder Hoopes individually along the following general terms: (1) payment of policy limits under Policy CA2248259; (2) disclosure and payment of any other insurance policy that Mr. Hoopes had prior to his mission that would still cover him for this accident; and (3) payment of all property damage related to the accident, which equals either (a) the replacement value of the vehicle or (b) the repair of the vehicle plus compensation for the diminution of value of the bike resulting from this accident. Under this scenario, Mr. Scott would be willing to sign a covenant not to execute against Mr. Hoopes, but would still reserve his rights against the Church.

December 18, 2015
Page 7


This offer shall remain open under January 17, 2016, unless updated with further damages calculations, in which case the amount of $700,000.00 will increase.



Very truly yours,

CLEAR COUNSEL LAW GROUP


Jared R. Richards, Esq.

Enclosures

JRR/jr