DANIEL R. MCNUTT (SBN 7815)
MATTHEW C. WOLF (SBN 10801)
CARBAJAL & MCNUTT, LLP
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@cmlawnv.com
mcw@cmlawnv.com

Attorney for Defendants *Ethan Hoopes, Corporation of the President of The Church of Jesus Christ of Latter-day Saints, and Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICOLAS SCOTT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation; CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation; ETHAN HOOPES, an individual; DOES I through XV; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:16-cv-02646-APG-PAL<br><br>**STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGARDING PRODUCTION OF DEFENDANT ETHAN HOOPES' EMAIL AND NON-WAIVER OF ATTORNEY CLIENT PRIVILEGE** |

Defendants Corporation of the President of The Church of Jesus Christ of Latter-day Saints, Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints, and Ethan Hoopes (collectively "Defendants") and Plaintiff Nicolas Scott hereby stipulate and agree as follows:

1. Kendal Hoopes is the Father of Defendant Ethan Hoopes. Plaintiff alleges that Kendal Hoopes is also an attorney licensed to practice law in the State of Wyoming.

2. Following the accident that is the subject of this litigation, Defendant Ethan Hoopes sent an email to Kendal Hoopes on January 12, 2015. Defendant Hoopes alleges that he sent

the email as both an update to his father and as a privileged communication to his attorney. Plaintiff Scott disputes the allegation of privilege.

3. Defendants have previously produced the Email in redacted form as Bates #CPB03931 – CPB03932.

4. The redactions were made on Defendant's representation that the email contains privileged attorney-client communications. A privilege log was produced on June 15, 2017.

5. Defendant Ethan Hoopes agrees to produce the email in an unredacted form subject to the stipulations herein.

6. Plaintiff hereby stipulates that the production of the email in an unredacted form does not constitute a waiver of any actual attorney-client privilege between Defendant Ethan Hoopes and his counsel, including without limitation, Attorney Kendal Hoopes, to the extent such privilege otherwise exists.

7. Plaintiff further stipulates that all other disputes of privilege shall be determined on merits of the respective dispute without consideration of the disclosure of the January 12, 2015 email from Ethan Hoopes to Kendall Hoopes that is the subject of this stipulation.

| CARBAJAL & MCNUTT, LLP | CLEAR COUNSEL LAW GROUP |
|---|---|
| */s/ Dan McNutt* <br> DANIEL R. MCNUTT (SBN 7815) <br> MATTHEW C. WOLF (SBN 10801) <br> 625 South Eighth Street <br> Las Vegas, Nevada 89101 <br> Attorneys for Defendants | */s/Jared Richards* <br> JARED R. RICHARDS (SBN 11254) <br> ADAM C. ANDERSON (SBN 13062) <br> 50 S. Stephanie St., Suite 101 <br> Henderson, NV 89012 <br> Attorneys for Plaintiff |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 29, 2017