David T. Blake, Esq.
Nevada Bar No. 11059
CLEAR COUNSEL LAW GROUP
50 S. Stephanie Street, Suite 101
Henderson, Nevada 89012
(702) 476-5900
(702) 924-0709, facsimile
dave@clearcounsel.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICOLAS SCOTT, an individual<br><br>Plaintiff,<br><br>v.<br><br>CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation; CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation; ETHAN HOOPES, an individual; DOES I through XV; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02646-APG-PAL<br><br>**REQUEST FOR REMOVAL FROM CM/ECF** |

COMES NOW, David T. Blake, Esq. of Clear Counsel Law Group, and hereby requests that his name be removed from the CM/ECF list in the above-referenced matter pursuant to LR IA 11-6. David T. Blake has not represented any parties in this action and his CM/ECF log-in was used to file a Notice of Appearance of Scott R. Pettitt, Esq. and Stephen P. Stubbs, Esq. on November 15, 2017, ECF Nos. 40 and 41.

/ / /

/ / /

/ / /

Therefore, David T. Blake, Esq. requests his name be removed from the CM/ECF list.

DATED this 19th day of December 2017.

CLEAR COUNSEL LAW GROUP

By: _____
David T. Blake, Esq.
Nevada Bar No. 11059
50 S. Stephanie Street, Suite 101
Henderson, Nevada 89012

**IT IS SO ORDERED** this 22nd day of December, 2017.

_____
Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of December 2017, I served a true and correct copy of the foregoing **REQUEST FOR REMOVAL FROM CM/ECF** via electronic service and/or email, addressed to the following counsel of record, at the address listed below:

Daniel R. McNutt, Esq.
Matthew C. Wolf, Esq.
Carbajal & McNutt
625 S. Eighth Street
Las Vegas, NV  89101
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Attorneys for Defendants*

_____
An Employee of Clear Counsel Law Group