DANIEL R. MCNUTT (SBN 7815)
MATTHEW C. WOLF (SBN 10801)
MCNUTT LAW FIRM, P.C.
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
Attorney for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICOLAS SCOTT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation; CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation; ETHAN HOOPES, an individual; DOES I through XV; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:16-cv-02646-APG-PAL<br><br>**STIPULATION AND ORDER TO DISMISS THE ACTION WITH PREJUDICE WITH ALL SIDES BEARING THEIR OWN FEES AND COSTS** |

Defendants Corporation of the President of The Church of Jesus Christ of Latter-day Saints ("COP"), Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints ("CPB"), and Ethan Hoopes hereby stipulate and agree with Plaintiff Nicolas Scott to dismiss this action in its entirety with prejudice with all parties bearing their own fees and costs.

IT IS SO STIPULATED on the ___4___ day of ___April___, 2018.

MCNUTT LAW FIRM, P.C.                           CLEAR COUNSEL LAW GROUP

BY: _____               BY: _____

DANIEL R. MCNUTT (SBN 7815)                    JARED R. RICHARDS (SBN 11254)
MATTHEW C. WOLF (SBN 10801)

**SO ORDERED.**

_____   4/4/2018
United States District Judge

| | |
|---|---|
| 625 South Eighth Street<br>Las Vegas, Nevada 89101<br>Attorneys for Defendants | Henderson, NV 89012<br>Attorneys for Plaintiff |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:_____